# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br>MICHAEL CHAD BARTON<br>VICKI J BARTON        Debtor(s). | Case No. 09-12968<br>Chapter 7 |

## PAYMENT OF FUNDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3010

COMES NOW, Ginger Goddard, duly appointed Trustee herein, and reports that all orders of the Court have been complied with and that pursuant to the Notice of Final Report, all checks have been issued and mailed to creditors at their last known addresses.

The following check(s) have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00.  Accompanying this report are checks payable to the Clerk of the Court for these amounts in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER-CLAIMANT & ADDRESS | CHECK # | AMOUNT |
|---|---|---|
| 1- Roundup Funding LLC<br>   MS 550<br>   P O Box 91121<br>   Seattle WA 98111 | 105 | $4.69 |
| 2- Oklahoma Natural Gas<br>   P O Box 21019<br>   Tulsa OK 74121 | 105 | $3.61 |

Respectfully submitted,

/s/ Ginger Goddard
Ginger Goddard, OBA # 3416
224 W. Gray St Suite 202
Norman, OK  73069
(405) 329-5297
TRUSTEE